IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICKEY MASON,**

**Plaintiff,**

**v.**

**JUSTIN SNELL, ZACHARY FENTON, SANDY WALKER, KEVIN R. HELD, JUAN J. BERNARD, NATHAN MCCARTHY, ZACHARY FITZGERALD, PHILIP ROYSTER, MORGAN CANNON, KELLY PIERCE, LARISSA WANDRO, LORI OAKLEY, ROBERT HUGHES, K. ALLSUP, CYNTHIA L. MEYER, JOHN R. BALDWIN, FRANK LAWRENCE, JACQUELINE LASHBROOK, and WEXFORD HEALTH SOURCES, INC.,**

**Defendants.**

**Case No. 3:19-cv-1019-NJR**

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This action was tried by a jury with District Judge Nancy J. Rosenstengel presiding. The jury rendered its verdict on July 9, 2026.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the jury's verdict (Doc. 215), judgment is entered in favor of Defendant Justin Snell. Plaintiff Mickey Mason shall recover nothing, and his claim for monetary relief against Defendant Justin Snell is **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to this Court's Order for Service of Process on December 2, 2019 (Doc. 9), Defendants Frank Lawrence, Larissa Wandro, Lori Oakley, K. Allsup, Cynthia L. Meyer, John R. Baldwin, and Robert Hughes were **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to this Court's Order of

March 5, 2020 (Doc. 51), Defendant Juan J. Bernard was **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to this Court's Order of September 23, 2021 (Doc. 104), Defendants Kevin R. Held, Kelly Pierce, and Sandy Walker were **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to this Court's Order of February 13, 2026 (Doc. 173), judgment is entered in favor of Defendants Nathan McCarthy, Zachary Fenton, Jacqueline Lashbrook, Zachary Fitzgerald, and Philip Royster. Plaintiff Mickey Mason shall recover nothing, and his claims against Defendants Nathan McCarthy, Zachary Fenton, Jacqueline Lashbrook, Zachary Fitzgerald, and Philip Royster for monetary relief are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to this Court's Order of June 18, 2026 (Doc. 190), reflecting settlement between Plaintiff Mickey Mason and Defendant Morgan Cannon, this Defendant was **TERMINATED** from this action by operation of Federal Rule of Civil Procedure 15(a)(2) and substituted by Defendant Wexford Health Sources, Inc.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to this Court's Order of July 14, 2026 (Doc. 222), reflecting settlement between Plaintiff Mickey Mason and Defendant Wexford Health Sources, Inc., this Defendant Wexford Health Sources, Inc. was **DISMISSED without prejudice**.

**DATED: July 14, 2026**

**MONICA A. STUMP,**
**Clerk of Court**

**By:** Deana Brinkley
**Deputy Clerk**

**APPROVED:** Nancy J. Rosenstengel

**NANCY J. ROSENSTENGEL**
**United States District Judge**